| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| BRANDON IVEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 3:20-CV-05625-RAJ<br><br><br>~~PROPOSED~~ ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including December 21, 2020, to file a response to Plaintiff's Complaint, including the certified administrative record. The certified administrative record shall be filed within ten days of its availability to the Office of the General Counsel, if it can be filed earlier than the aforementioned date.

Page 1     ORDER - [3:20-CV-05625-RAJ]

If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

DATED this 23rd day of November, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge